**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1394**
_____

In re:  KYLE BUNCH,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(No. 5:12-hc-02267-D)

_____

Submitted:  July 25, 2013                  Decided:  July 29, 2013

_____

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Kyle Bunch, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kyle Bunch petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2006) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Bunch's petition as frivolous on March 29, 2013. Accordingly, because the district court has recently decided Bunch's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2